**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OCT 28 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:

FRANKLIN JOE AND AMY JOE,

Debtors.

Case No. 12 B 42961

Chapter 11

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING THIRD APPLICATION OF THE PORTER LAW NETWORK, ATTORNEYS FOR DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $8,018.50 | TOTAL COSTS REQUESTED: | $610.58 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $591.26 |
| TOTAL FEES ALLOWED: | $8,018.50 | TOTAL COSTS ALLOWED: | $19.32 |

**TOTAL FEES AND COSTS ALLOWED: $8,037.82**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(3)     **Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

(4)     **Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Dated: October 28, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

| Date | Timekeeper | Item | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| 03-28-2014 | Karen J. Porter | | E101 - Copying | 1.80 | 1 | 1.80 |
| | | | ③ ④ E101 - Copying Notice of Order Granting Debtors' Motion for Turnover of Mortgage Payments from Wells Fargo mailed to Service List | | | |
| 03-28-2014 | Karen J. Porter | | E108 - Postage | 2.45 | 1 | 2.45 |
| | | | ③ ④ E108 - Postage Notice of Order Granting Debtors' Motion for Turnover of Mortgage Payments from Wells Fargo mailed to Service List | | | |
| 03-28-2014 | Karen J. Porter | | E101 - Copying | 45.62 | 1 | 45.62 |
| | | | ③ ④ E101 - Copying Second Application for Interim Compensation and Reimbursement of Expenses mailed to Service List | | | |
| 03-28-2014 | Karen J. Porter | | E108 - Postage | 17.50 | 1 | 17.50 |
| | | | ③ ④ E108 - Postage Second Application for Interim Compensation and Reimbursement of Expenses mailed to Service List | | | |
| 05-09-2014 | Karen J. Porter | | E101 - Copying | 156.02 | 1 | 156.02 |
| | | | ③ ④ E101 - Copying Plan of Reorganization and Disclosure Statement mailed to Service List | | | |
| 05-09-2014 | Karen J. Porter | | E108 - Postage | 56.84 | 1 | 56.84 |
| | | | ③ ④ E108 - Postage Plan of Reorganization and Disclosure Statement mailed to Service List | | | |
| 05-21-2014 | Karen J. Porter | | E108 - Postage | 5.60 | 1 | 5.60 |
| | | | E108 - Postage Warranty Deed in Lieu of Foreclosure express mal to Westgate Vacation Villas, LLC. | | | |
| 09-05-2014 | Karen J. Porter | | E101 - Copying | 248.31 | 1 | 248.31 |
| | | | ③ ④ E101 - Copying Third Amended Disclosure Statement and Modified Plan of Reorganization mailed to Service List | | | |
| 09-05-2014 | Karen J. Porter | | E108 - Postage | 62.72 | 1 | 62.72 |
| | | | ③ ④ E108 - Postage Third Amended Disclosure Statement and Modified Plan of Reorganization mailed to Service List | | | |
| 09-29-2014 | Karen J. Porter | | E108 - Postage | 0.49 | 28 | 13.72 |
| | | | E108 - Postage for notice to creditors of ballot due on 10/6 | | | |

**Total Expenses:** 610.58

**Total for this Bill:** 8,629.08

— 591.26