**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OCT 28 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:  )
  )
  )  Case No. 12 B 42961
FRANKLIN JOE AND AMY JOE,  )
  )
  )
  )  Chapter 11
  )
Debtors.  )
  )

# FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF THE LAW OFFICE OF GLENDA J. GRAY, ATTORNEY FOR DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $12,815.00 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $2,070.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $10,745.00 | TOTAL COSTS ALLOWED: | $0.00 |

## TOTAL FEES AND COSTS ALLOWED: $10,745.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). See also *In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not

entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: October 28, 2014

_____
Eugene R. Wedoff
United States Bankruptcy Judge



**Bill To:** Franklin & Amy Joe  
**Address:** P.O. Box 1142  
South Holland, IL 60473  

**Phone**  
**Fax:**  
**Email**  
**Conta** Amy Joe  

12-42961

| DATE | DESCRIPTION | Rate | HOURS | Timekeeper | Expenses | TOTAL | Column1 |
|---|---|---|---|---|---|---|---|
| ④ 10/20/2012 | Interviewed and prepared documents | $350.00 | 2.00 | Glenda J. Gray | | $700.00 | -700.00 |
| 10/21/2012 | Credit Reports for clients | | | Glenda J. Gray | $70.00 | $70.00 | |
| 10/30/2012 | Filed Chapter 13 Case ⑫ | $125.00 | 0.70 | M. Brown | | $87.50 | -87.50 |
| 10/30/2012 | Filing fee for Chapter 13 | | | M. Brown | $281.00 | $281.00 | |
| 11/21/2012 | Paralegal mailed letter in regards to Westgate Resort Timeshare ② | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 11/29/2012 | Filed amendment to amend the petition for debtors' address ⑫ | $125.00 | 0.30 | M. Brown | | $37.50 | -32.50 |
| 11/29/2012 | Filed Motion for Chapter 13 Fees ⑫ | $125.00 | 0.30 | M. Brown | | $37.50 | -32.50 |
| 12/7/2012 | Mailed letter in regards to mortgage payment cchang and address change ⑫ | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 12/10/2012 | Attended Meeting of Creditors for Chapter 13 Case | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 12/21/2012 | Drafted amendments for Chapter 13 | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 12/21/2012 | Mailed letter with amendments to be signed and request for additional documents ⑫ | $125.00 | 0.30 | M. Brown | | $37.50 | -32.50 |
| 12/27/2012 | Appeared for Trustee's Motion to Dismiss Chapter 13 Case | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 1/10/2013 | Mailed continued letter ⑫ | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 1/18/2013 | Attorney met with client to prepare Motion to convert case from Chapter 13 to Chapter 11 | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 1/18/2013 | Filed motion to convert from Chapter 13 case to Chapter 11 case ② | $125.00 | 0.50 | M. Brown | | $62.50 | -62.50 |
| 1/24/2013 | Attorney appeared for Trustee's Motion to Dismiss and Motion to Convert to a Chapter 11 case | $350.00 | 2.00 | Glenda J. Gray | | $700.00 | |
| 1/25/2013 | Mailed continued letter ② | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 1/31/2013 | Appeared for Confirmation Hearing and Compensation hearing | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 2/7/2013 | Appeared for Trustee's Motion to Dismiss, Motion for Compensation mooted and Motion to Convert Case granted | $350.00 | 2.00 | Glenda J. Gray | | $700.00 | |
| 2/7/2013 | Paid balance of Chapter 11 filing fee | | | Glenda J. Gray | $932.00 | $932.00 | |
| 2/22/2013 | Filed and prepared Motion to Employ Glenda J. Gray for Chapter 11 case ⑦ | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | -35.00 |
| 2/22/2013 | Filed amended Motion to Employ Glenda J. Gray for Chapter 11 Case ② | $125.00 | 0.30 | M. Brown | | $37.50 | -32.50 |

-1,135.00

| DATE | DESCRIPTION | Rate | HOURS | Timekeeper | Expenses | TOTAL | Column1 |
|---|---|---|---|---|---|---|---|
| 8/21/2013 | Appeared in court for Motion to Modify Stay as to 15832 Park Avenue Harvey, Illinois continued | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 8/23/2013 | Mailed continued letter (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 9/18/2013 | Appeared in court for Motion to Pay Mortgage: granted | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 10/2/2013 | Appeared in court for Motion to Employ Appaiser, objection to claim entered | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 10/3/2013 | Mailed continued letter (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 11/6/2013 | Appeared in court for status hearing, Motion to Determine Value | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 11/7/2013 | Mailed continued letter (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 11/20/2013 | Mailed Deed in Lieu of Foreclosure regarding Westgate Resorts to debtor and letter from mortgage company (12) | $125.00 | 0.30 | S. Walker | | $37.50 | -37.50 |
| 12/3/2013 | Appeared for Motion to Surrender Timeshare and Motion to Disallow Claims | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 12/5/2013 | Mailed continued letter (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 12/18/2013 | Appeared in court for status hearing | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 12/23/2013 | Mailed letter regarding cont'd date (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 1/22/2014 | Appeared in court for status | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 1/23/2014 | Mailed letter regarding cont'd date (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 1/29/2014 | Appeared in court for Motion to Turnover: granted | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 1/30/2014 | Mailed letter to client regarding payment statement from mortgage company (2) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 2/26/2014 | Attorney appeared in court for Motion to Determine Value: granted | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 2/27/2014 | Mailed copy of the Agreed Order for 6940 S. Maplewood, Chicago, IL (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 2/28/2014 | Mailed letter from mortgage company (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 3/19/2014 | Attorney Gray appeared for status hearing | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 3/21/2014 | Mailed letter regarding cont'd date (2) | $125.00 | 0.10 | S. Walker | | $12.50 | -12.50 |
| 4/1/2014 | Attorney Gray appeared for status hearing | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 4/3/2014 | Mailed letter regarding cont'd date (2) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 4/15/2014 | Attorney Gray appeared for status hearing | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 4/16/2014 | Mailed letter regarding cont'd date (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 4/26/2014 | Mailed letter regarding mortgage company (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 4/29/2014 | Attorney Gray appeared for status hearing | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 4/30/2014 | Mailed letter regarding cont'd date (2) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 6/25/2014 | Attorney Gray met with Mrs. Joe to amend her budget | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| | *Attorney hours are billable at the rate of $350.00 per hour.* | $350.00 | 32.90 | | | $11,515.00 | |
| | Paralegal hours are billable at the rate of $125.00 per hour. | $125.00 | 10.40 | | | $ 1,300.00 | |

$14,098.00
Make all checks payable to Law Office of Glenda J. Gray.       $4,213.00
                                                               $9,885.00

-375.00

| DATE | DESCRIPTION | Rate | HOURS | Timekeeper | Expenses | TOTAL | Column1 |
|---|---|---|---|---|---|---|---|
| 2/26/2013 | Appeared for Motion for Adequate Protection for TD Auto Finance f/k/a Chrysler Financial Services | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 2/27/2013 | Mailed continued letter (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 3/8/2013 | Attended meeting with Karen J. Porter and Mrs. Joe to employ Attorney Porter for Chapter 11 Case | $350.00 | 1.20 | Glenda J. Gray | | $420.00 | |
| 3/11/2013 | Attended Initial Debtor Interview with Debtors and U.S. Trustee | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 3/13/2013 | Appeared in court on motion to employ Glenda J. Gray. Motion granted and appeared for Motion for Adequate Protection for TD Auto Finance | $350.00 | 0.70 | Glenda J. Gray | | $245.00 | |
| 3/14/2013 | Mailed continued letter (2) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 3/14/2013 | Filed amended 20 largest Unsecured Claims, Schedules A,B,C,D,E,F,G,H,I,J, Statement of Financial Affairs, Form B22 Statement of (12)(4) Current Monthly Income, Form 26 | $125.00 | 1.70 | M. Brown | | $212.50 | -212.50 |
| 3/15/2013 | Reviewed Motion for Adequate Protection and Motion for Relief from Stay | $350.00 | 0.70 | Glenda J. Gray | | $245.00 | |
| 3/19/2013 | Attended Chapter 11 Meeting w/U.S. Trustee | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 3/27/2013 | Appeared for Motion for Adequate Protection: motion granted | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 5/1/2013 | Attended court for status hearing | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 5/2/2013 | Mailed cont'd letter (2) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 5/15/2013 | Attended court for Motion to Employ Accountant: granted | $350.00 | 0.50 | Glenda J. Gray | | $175.00 | |
| 5/16/2013 | Attended meeting with Karen J. Porter and Mrs. Joe to discuss plan and disclosure statement, claims, classification of claims, valuations of properties; liquidation analysis and disposable income | $350.00 | 2.30 | Glenda J. Gray | | $805.00 | |
| 6/11/2013 | Prepared and filed Motion to Extend time for Chapter 11 Plan and Disclosure Statement (7) | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | -35.00 |
| 6/13/2013 | Filed Amended Motion to Extend (2) | $125.00 | 0.20 | M. Brown | | $25.00 | -25.00 |
| 6/19/2013 | Attended court on Motion to Extend: granted. Status Hearing continued | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 6/20/2013 | Mailed continued letter (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |
| 6/20/2013 | Filed Summary of Cash Receipts and Disbursments for filing period ending March 31, 2013; April 30, 2013 and May 31, 2013 (12)(4) | $125.00 | 0.70 | M. Brown | | $87.50 | -87.50 |
| 7/25/2013 | Filed Summary of Cash Receipts and Disbursments for filing period ending June 30, 2013 (12)(4) | $125.00 | 0.30 | M. Brown | | $37.50 | -37.50 |
| 7/26/2013 | Faxed over Market Analyiss for 5940 S. Maplewood to Attorney Porter (2) | $125.00 | 0.30 | S. Walker | | $37.50 | -37.50 |
| 8/7/2013 | Appeared in Court for Motion to limit creditors and value: granted. Motion for Value of Real Estate continued | $350.00 | 1.00 | Glenda J. Gray | | $350.00 | |
| 8/13/2013 | Mailed continued letter (12) | $125.00 | 0.20 | S. Walker | | $25.00 | -25.00 |

-560.00