# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Franklin Joe | ) | |
| Amy Joe | ) | Case No. 12-42961 |
| | ) | |
| Debtor | ) | Judge Eugene R. Wedoff |

## NOTICE OF MOTION

To: See Attached Service List

    **PLEASE TAKE NOTICE** that on **Wednesday April 29, 2015** at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Eugene R. Wedoff in courtroom 744 of the Unites States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in such judge's place and stead, and shall then and there present the attached **FINAL APPLICATION OF THE PORTER LAW NETWORK FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**, a copy of which is hereby served upon you. You may appear and be heard if you choose.

    By:  /s/ Karen J. Porter
    Karen J. Porter (Atty. No. 6188626)
    **PORTER LAW NETWORK**
    230 West Monroe, Suite 240
    Chicago, IL 60606
    312-372-4400

## CERTIFICATE OF SERVICE

    I, Karen J. Porter, an attorney, certify that I caused a true and correct of this Notice and Application to be served on the parties listed on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago, Illinois 60606 on April 10, 2015.

    /s/Karen J. Porter
    Karen J. Porter

Amy Joe
Franklin Joe
Case 12 – 42961
Service List

**Via ECM Electronic Filing**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St.  Room 873
Chicago, IL 60604

Andrew J. Nelson
Toni Dillon
Pierce & Associates
1 North Dearborn St. Ste. 1300
Chicago, IL 60602

Kathryn A. Klein
Reizman Berger, P. C.
7700 Bonhomme Ave. 7TH Floor
St. Louis, MO 63105

Annie W. Lopez
Freedman, Anselmo, Lindberg. LLC.
1807 West Diehl Road  Ste. 333
Naperville, IL 60566

Terri M. Long
Law Office of Terri M. Long
2056 Ridge Road
Homewood, IL 60430

Glenda J. Gray
Law Offices of Glenda J. Gray
223 West Jackson Blvd. Ste. 1116
Chicago, IL 6060

**Via Regular Mail**

American Collection Corporation
919 Estes Court
Schaumburg, IL 60199 – 4436

American Express Centurion Bank
c/o Becket and Lee, LLP
P. O. Box 3001
Malvern, PA 19355 – 0701

Asset Acceptance, LLC.
P. O. Box 2036
Warren, MI 48090 – 2036

Cheswold (Ophrys), LLC.
c/o Weinstein and Riley, PS
2001 Western Avenue Ste. 400
Seattle, WA 98121

Citibank, N.A.
P. O. Box 6042
Sioux Falls, SD 57117 – 6042

Collecto US Asset Management
c/o Jefferson Capital Systems, LLC.
P. O. Box 7999
Saint Cloud, MN 56302 – 9617

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007 – 1912

Credit Protection Association, LP
21ST Floor
13355 Noel Road
Dallas, TX 75240

Dell Financial Services, LLC.
c/o Resurgent Capital Services
P. O. Box 10390
Greenville, SC 29603 - 0390

eCast Settlement Corporation
P. O. Box 35480
Newark, NJ 07193 – 5480

Ingalls Memorial Hospital
Attn: Bankruptcy
P. O. Box 75608
Chicago, IL 60675 – 5608

Komyatte & Caspon, PC
9650 Gordon Drive
Highland, IN 46322

L V N V Funding, LLC.
P. O. Box 740281
Houston, TX 77274

Maida Walker
2318 West 157TH Street
Markham, IL 60426 - 4129

Nelnet
Educational Credit Management
P. O. Box 75848
Saint Paul, MN 55175 - 0848

Oliphant Financial, LLC.
9009 Town Center Parkway
Lakewood Ranch, FL 34202

Portfolio Investments II, LLC
c/o Recovery Management Systems
25 S. E. Second Avenue  Suite 1120
Miami, FL 33131 - 1605

Rhonda Hagan
6949 South Maplewood Avenue
Chicago, IL 60629 - 1901

Security Credit Services, LLC.
2653 West Oxford Loop  Suite 108
Oxford, MS 38655 - 5442

Sherman Acquisitions, LLC. –Citibank
Portfolio Recovery Associates, LLC.
120 Corporate Drive
Norfolk, VA 23502

Stellar Recovery, Inc.
1327 US Highway 2 West  Suite 100
Kalispell, MT 59901

Tracy Reed
15832 Park Avenue
Harvey, IL 60426 - 4369

U S Department of Education
P. O. Box 5609
Greenville, TX 75403 – 5609

Westgate Vacation Villas, LLC.
5601 Windhover Drive
Orlando, FL 32819

Westgate Vacation Villas
 Owners' Association, Inc.
2801 Old Winter Garden Road
Ocoee, FL 24761

Westgate Resorts, Inc.
2801 Old Winter Garden Road
Ocoee, FL 24761

Atlas Acquisitions, LLC.
Attn: Avi Schild
294 Union Street
Hackensack, NJ. 07601

Ms. Amy Joe
Mr. Franklin Joe
P. O. Box 1142
South Holland, IL 60473 - 7142

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re   Franklin Joe        )
        Amy Joe             )
                            )   Bankruptcy No. _____12-42961_____
                            )
              Debtor.       )   Chapter         _____11_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Karen J. Porter_____

Authorized to Provide Professional Services to: _____Franklin Joe and Amy Joe_____

Date of Order Authorizing Employment: _____March 13, 2013_____

Period for Which Compensation is Sought:
From _____October 3_____, 2014   through _____April 6_____, 2015

Amount of Fees Sought:   $ 6438.50

Amount of Expense Reimbursement Sought:   $ 522.11

This is an:   Interim Application _____        Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 9/4/2013 | 3/8/2013 to 8/31/2013 | 11,596.09 | 11,596.09 | 11,596.09 |
| 3/28/14 | 9/1/14 to 3/27/14 | 754.01 | 7545.01 | 7545.01 |
| 10/6/14 | 3/28/14 | 8,629.08 | 8037.82 | 4750.00 |

Dated: _____4/10/15_____                    _____/s/Karen J. Porter_____
                                                           (Counsel)

(Rev 11/19/10)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Franklin Joe | ) | |
| Amy Joe | ) | Case No. 12-42961 |
| | ) | |
| Debtor | ) | Judge Eugene R. Wedoff |

## FINAL APPLICATION OF THE PORTER LAW NETWORK FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Karen J. Porter and the Porter Law Network ("Counsel") attorneys for the Debtors, move this honorable court pursuant to 11 U.S.C. § § 330 to award it final compensation and reimbursement of expenses for the legal services rendered to the Debtors for the time period October 3, 2014 to April 6, 2015. In support thereof Counsel respectfully states as follows:

1. Debtors commenced a voluntary chapter 13 bankruptcy case (the "Case") by filing a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code") on October 30, 2012 in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court"). On February 7, 2012, the chapter 13 case was converted to a chapter 11 case.

2. On March 13, 2013, the court approved the employment of Karen J. Porter and the Porter Law Network as one of the Debtor's attorneys.

3. This is the Final Application of the Porter Law Network for Compensation and Reimbursement of Expenses (the "Application"). Counsel seeks an award for the legal services rendered during the time period from October 3, 2014 to April 6, 2015 in the amount of $6,438.50. Counsel seeks an award for the reimbursement of expenses in the amount of $522.11. The total amount of this request for compensation requested is $6,960.61. Debtors have paid $0.00 of the compensation requested in this Application. The balance due is $6.960.61.

4. Karen J. Porter performed 16.30 hours of legal services for the Debtors at the hourly rate of $395.00. The total amount sought for the legal services performed by Karen J. Porter is $8018.50.

5. The Porter Law Network incurred $522.11 in expenses for the Debtors for the actual cost of copying and postage. The total amount sought for the reimbursement of expenses is $522.11.

6. A detailed statement of all the legal services performed and all of the expenses incurred is attached to this Application as Exhibit A. The detailed description includes the date the services were rendered; the individual performing the services; the hourly rate of the person performing the services and a statement describing the task, activity or service performed. In addition, the legal services performed for the Debtors are also identified by the following categories: Case Administration; Motions and Hearings; and Plan and Disclosure Statement. A summary of the services performed for the Debtor in each of the categories is set forth below:

A. <u>Case Administration</u>: General representation of the Debtor, compliance with debtor in possession requirements; counseling the Debtor as to bankruptcy law and

procedure; attending creditors meeting; attending meetings with the Debtor and other parties; review of debtor in possession reports; communicating with third parties regarding the Debtor's business operations; all other legal services that relate to the administration of the chapter 11 case. The Application for Compensation includes 3.60 hours that went spent for Case Administration category for a total of $1,422.00 Karen J. Porter performed 3.60 hours of the legal services rendered in connection with Case Administration.

B.      Motions and Hearings: Prepare motions and pleadings; notices to creditors and parties in interest regarding motions and hearings; review pleadings; prepare for court appearances; court appearances on motions and other hearings; communication with the Debtor, creditors and third parties regarding motions and hearings; and all other legal services that relate to Motions and Hearings. The Application for Compensation includes 7.70 hours that were spent for Motions and Hearings for a total of $3,041.50 Karen J. Porter performed 7.70 hours of the legal services rendered in connection with Motions and Hearings.

C.      Plan and Disclosure Statement: All the legal services relating to advising the Debtors regarding preparing a plan and disclosure statement; drafting the plan; drafting the disclosure statement; drafting amendments and revisions to the plan and disclosure statement; preparation of exhibits to the plan and disclosure statement; communications with the Debtor and the accountant regarding the plan and disclosure statement; preparing notices to creditors regarding the plan and disclosure statement and all other legal services that relate to the plan and disclosure statement.   The Application for

Compensation includes 5.0 hours that Counsel spent for Plan and Disclosure Statement for a total of $1975.00. Karen J. Porter performed 5.0 hours of the legal services rendered in connection with Plan and Disclosure Statement.

7. For the legal services rendered on the Debtors behalf, Counsel accomplished the following:

A. Counseled Debtors as to their rights and obligations under chapter 11 of the bankruptcy code. Assisted the Debtors in meeting other obligations imposed by the Code or the United States Trustee;

B. Assisted the Debtors with its post-petition operations as a debtor-in-possession;

C. Prepared motions and pleadings which were necessary to the administration of the estate and the reorganization effort of the Debtors;

D. Attended court proceedings;

E. Drafted plans of reorganization and disclosure statements;

F. Confirmed the Debtors reorganization plan; and

H. Performed all other legal services that were necessary to the administration of this chapter 11 estate.

8. Counsel has not agreed to share compensation with any other party.

9. Notice of this application for compensation has been sent to the Debtors.

10. Notice of this Application has been sent to all creditors and parties in interest.

11.    Counsel requests that the court shorten notice of this Application to less than twenty one days as permitted by Bankruptcy Rules 2002 and 9006.

WHEREFORE, Counsel prays for the entry of an order awarding the Porter Law Network final compensation in the amount of $6438.50 and reimbursement of expenses in the amount of $522.11 and a total award in the amount of $6,960.61.

Respectfully submitted,
**PORTER LAW NETWORK**
/s/Karen J. Porter
Karen J. Porter

Karen J. Porter (Attorney No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160

**Porter Law Network**
230 West Monroe
Suite 240
Chicago, IL 60606

04-09-2015

**Amy and Franklin Joe**
Amy and Franklin Joe
P. O. Box 1142
South Holland, IL 60473

**Bill Number: 366**

RE: Joe Chapter 11

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-15-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.900 | 395.00 | 355.50 |
| | Court appearance on confirmation hearing; hearing continued to 11/5/14 | | | | |
| 10-29-2014 | Karen J. Porter | B110 - Case Administration | 0.600 | 395.00 | 237.00 |
| | Draft letter to mr and ms joe regarding continued confirmation hearing; modification of plan; oustanding issues before confirmation | | | | |
| 11-03-2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.700 | 395.00 | 276.50 |
| | Draft modified plan to address revisions to class nine student loans; class two principal residence and to provide for the addition of an article for acceptance or rejection of plan | | | | |
| 11-04-2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 1.600 | 395.00 | 632.00 |
| | Draft modified plan; article 17 regarding cram down and auction to satisfy absolute priority rule; notice and procedure for auction and qualification of offers | | | | |
| 11-04-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 395.00 | 118.50 |
| | Prepare for november 5 court appearance | | | | |
| 11-05-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.900 | 395.00 | 355.50 |
| | Court appearance on status hearing on confirmation of the plan; hearing continued to 11/12/14 to review filed modified plan and set further hearing dates | | | | |
| 11-07-2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.700 | 395.00 | 276.50 |
| | Revise article 17 of the modified plan governing cram down and auction for retained property | | | | |
| 11-10-2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.800 | 395.00 | 316.00 |
| | Draft, review, revise and complete revisions to modified plan dated november 3; revise class two, class nine, modification of the plan and acceptance or rejection of the plan | | | | |
| 11-19-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.800 | 395.00 | 316.00 |
| | Court appearance on status hearing on the plan ; confirmation hearing set for 12/23 | | | | |
| 11-19-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | Draft notice of combined hearing | | | | |
| 11-20-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 395.00 | 118.50 |
| | Revise order setting combined hearing on adequacy of the disclosure statement and | | | | |

**EXHIBIT A**

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | confirmation of the plan | | | |
| 11-20-2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 1.200 | 395.00 | 474.00 |
| | Draft fourth amended disclosure statement to accompany modified plan dated november 3 | | | | |
| 11-20-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 395.00 | 118.50 |
| | Email communication with ms baucher regarding form of notice for combined hearing; filing of fourth amended disclosure statement and redlned version of disclosure statement | | | | |
| 12-15-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | Telephone call with ms dillon re deadline for casting ballots to accept or reject modifed plan; Email communication sending ballot | | | | |
| 12-15-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.100 | 395.00 | 39.50 |
| | Draft certificate of service for service of fourth amended disclosure statement on all creditors | | | | |
| 12-22-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.500 | 395.00 | 197.50 |
| | Review ballots and draft ballot report | | | | |
| 12-22-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.400 | 395.00 | 158.00 |
| | Draft orders for confirmation hearing | | | | |
| 12-23-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | Prepare for combined hearing on adequacy of the disclosure statement and confirmation of the plan | | | | |
| 12-23-2014 | Karen J. Porter | B111 - Motions and Hearings | 1.100 | 395.00 | 434.50 |
| | Court appearance on combined hearing on adequacy of disclosure statement; after offer of proof; order entered finding disclosure statement adequate and confirming plan | | | | |
| 12-30-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 395.00 | 118.50 |
| | Draft revise and complete pleading: notice of order confirming plan and certificate of service | | | | |
| 01-05-2015 | Karen J. Porter | B110 - Case Administration | 0.100 | 395.00 | 39.50 |
| | Email communication to toni dillon regarding status of home mortgage payments; amount of cure default; application of funds | | | | |
| 01-06-2015 | Karen J. Porter | B110 - Case Administration | 1.400 | 395.00 | 553.00 |
| | Draft, revise and complete letter to mr and ms joe regarding confirmation of the plan; update creditor tables; provide information to make disbursements under the plan | | | | |
| 04-06-2015 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | Email communication to ms joe regarding status of plan payments; quarterly reports required | | | | |
| 04-06-2015 | Karen J. Porter | B110 - Case Administration | 0.600 | 395.00 | 237.00 |
| | Draft status report on plan payments | | | | |
| 04-06-2015 | Karen J. Porter | B111 - Motions and Hearings | 0.400 | 395.00 | 158.00 |
| | Draft motion for final decree | | | | |
| 04-06-2015 | Karen J. Porter | B110 - Case Administration | 0.400 | 395.00 | 158.00 |
| | Telephone call with ms joe regarding quarterly reports to be filed; completed report on plan payments; motion for final decree | | | | |
| 04-08-2015 | Karen J. Porter | B110 - Case Administration | 0.300 | 395.00 | 118.50 |
| | Telephone call with ms dillon regarding escrow issues with park avenue | | | | |
| | | | | **Total Fees:** | 6,438.50 |

## Task Summary

| Timekeeper | Hours | Amount |
|---|---|---|
| Karen J. Porter | 16.300 | 6,438.50 |
| | **Total Fees:** | 6,438.50 |