# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Franklin Joe | ) | |
| Amy Joe | ) | Case No.  12-42961 |
| | ) | |
| Debtors | ) | Judge Eugene R. Wedoff |

## NOTICE OF MOTION

To: See attached service list

   **PLEASE TAKE NOTICE** that on **Wednesday, May 20, 2015** at the hour of **10:00** a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Wedoff in Courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached, **MOTION FOR FINAL DECREE** a copy of which is attached hereto and is hereby served upon you.  You may appear and be heard  if you  choose.

>By:_/s/Karen J. Porter
>Karen J. Porter (Atty No 6188626)
>**PORTER LAW NETWORK**
>230 West Monroe, Suite 240
>Chicago, IL 60606
>312-372-4400
>Fax 312-372-4160

## CERTIFICATE OF SERVICE

   I, Karen J. Porter, an attorney, certify that I caused a true and correct copy of this Notice and Motion to be served on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago, Illinois, 60606 on May 1, 2015.

>/s/Karen J. Porter

**Amy Joe**
**Franklin Joe**
**Case 12 – 42961**
**Service List**

American Express Centurion Bank
c/o Becket and Lee, LLP
P. O. Box 3001
Malvern, PA 19355 – 0701

Komyatte & Caspon, PC
9650 Gordon Drive
Highland, IN 46322

Asset Acceptance, LLC.
P. O. Box 2036
Warren, MI 48090 – 2036

L V N V Funding, LLC.
P. O. Box 740281
Houston, TX 77274

*Via ECM Electronic Filing*

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St. Room 873
Chicago, IL 60604

Cheswold (Ophrys), LLC.
c/o Weinstein and Riley, PS
2001 Western Avenue Ste. 400
Seattle, WA 98121

Maida Walker
2318 West 157Th Street
Markham, IL 60426 - 4129

Andrew J. Nelson
Toni Dillon
Pierce & Associates
1 North Dearborn St. Ste. 1300
Chicago, IL 60602

Citibank, N.A.
P. O. Box 6042
Sioux Falls, SD 57117 – 6042

Nelnet
Educational Credit Management
P. O. Box 75848
Saint Paul, MN 55175 - 0848

Kathryn A. Klein
Reizman Berger, P. C.
7700 Bonhomme Ave. 7TH Floor
St. Louis, MO 63105

Collecto US Asset Management
c/o Jefferson Capital Systems, LLC.
P. O. Box 7999
Saint Cloud, MN 56302 – 9617

Oliphant Financial, LLC.
9009 Town Center Parkway
Lakewood Ranch, FL 34202

Annie W. Lopez
Freedman, Anselmo, Lindberg, LLC.
1807 West Diehl Road Ste. 333
Naperville, IL 60566

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007 – 1912

Portfolio Investments II, LLC
c/o Recovery Management Systems
25 S. E. Second Avenue Suite 1120
Miami, FL 33131 - 1605

Terri M. Long
Law Office of Terri M. Long
2056 Ridge Road
Homewood, IL 60430

Credit Protection Association, LP
21ST Floor
13355 Noel Road
Dallas, TX 75240

Rhonda Hagan
6949 South Maplewood Avenue
Chicago, IL 60629 - 1901

Glenda J. Gray
Law Offices of Glenda J. Gray
223 West Jackson Blvd. Ste. 1116
Chicago, IL 6060

Dell Financial Services, LLC.
c/o Resurgent Capital Services
P. O. Box 10390
Greenville, SC 29603 - 0390

Security Credit Services, LLC.
2653 West Oxford Loop Suite 108
Oxford, MS 38655 - 5442

eCast Settlement Corporation
P. O. Box 35480
Newark, NJ 07193 – 5480

Sherman Acquisitions, LLC. –Citibank
Portfolio Recovery Associates, LLC.
120 Corporate Drive
Norfolk, VA 23502

*Via Regular Mail*

American Collection Corporation
919 Estes Court
Schaumburg, IL 60199 – 4436

Ingalls Memorial Hospital
Attn: Bankruptcy
P. O. Box 75608
Chicago, IL 60675 – 5608

Stellar Recovery, Inc.
1327 US Highway 2 West Suite 100
Kalispell, MT 59901

Tracy Reed
15832 Park Avenue
Harvey, IL 60426 - 4369

U S Department of Education
P. O. Box 5609
Greenville, TX 75403 – 5609

Westgate Vacation Villas, LLC.
5601 Windhover Drive
Orlando, FL 32819

Westgate Vacation Villas
 Owners' Association, Inc.
2801 Old Winter Garden Road
Ocoee, FL 24761

Westgate Resorts, Inc.
2801 Old Winter Garden Road
Ocoee, FL 24761

Atlas Acquisitions, LLC.
Attn: Avi Schild
294 Union Street
Hackensack, NJ. 07601

Ms. Amy Joe
Mr. Franklin Joe
P. O. Box 1142
South Holland, IL 60473 - 7142

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Franklin Joe | ) | |
| Amy Joe | ) | Case No. 12-42961 |
| | ) | |
| Debtors | ) | Judge Eugene R. Wedoff |

### MOTION FOR FINAL DECREE

Franklin and Amy Joe (the "Debtors") debtors and debtors in possession herein, by and through their undersigned attorney, moves this honorable court pursuant to 11 U.S.C. §350(a) and Fed.R. Bankr. P. 3022 for the entry of a final decree closing this chapter 11 case, and in support thereof, respectfully states as follows:

1.    Debtors commenced a voluntary chapter 13 bankruptcy case (the "Case") by filing a voluntary petition for relief under chapter 13 of title 11 of the United States Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code") on October 30, 2012, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court"). On February 8, 2013, the chapter 13 case was converted to one under chapter 11.

2.    Debtors have continued to manage their business and properties as a debtors-in-possession pursuant to §§1107 and 1108 of the Code. No trustee or creditors committee has been appointed in this case.

3.    This court has subject matter jurisdiction to grant the relief requested in this Motion and to enter a final order granting that relief as a core proceeding pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(2)(A) and (B). Venue is proper in this Court pursuant to 28 U.S.C. §1409.

4. On November 10, 2014 the Debtors filed a Modified Plan Dated November 3, 2014 (the "Plan").

5. On December 23, 2014, the Court entered an Order Confirming Chapter 11 Plan. On January 6, 2015, the Order Confirming Chapter 11 Plan became final.

6. On January 7, 2015, the Plan became effective.

7. On or about the Effective Date of the Plan, January 7, 2015, the Debtor made the following payments to the following creditors under the Plan.

A. Debtors made a payment in the amount of $1487.00 to Wells Fargo on account of its Class Two Claim. The payment was the Debtor's regularly scheduled mortgage payment on their residence.

B. Debtors made a payment in the amount of $705.79 to Wells Fargo (Servicer for HSBC Bank) on account of its Class Three Claim.

C. Debtors made a payment in the amount of $450.73 to Beal Bank on account of its Class Four Claim.

D. Debtors made a payment in the amount of $874.00 to America's Servicing on account of its Class Five Claim.

E. Debtors made payments totaling $2759.00 to the Small Unsecured Creditors on account of their Class Seven Claims.

F. Debtors made payments totaling $7860.00 to the Unsecured Creditors on account of their Class Eight Claims, including $1061.00 to Beal Bank; $1708.50 to Wells Fargo and $4244.00 to America's Servicing.

G.   Debtors made payments totaling $3241.00 to Nelnet Student Loan and US Department of Education on account of their Class Nine Claims.

8.   All the payments that are due to Creditors under the Plan have commenced.

9.   All property proposed by the Plan to be transferred has been transferred.

10.  There are no objections to claims pending. There are no open adversary proceedings or other contested matters.

11.  All fees due to the United States Trustee have been paid.

12.  Bankruptcy Rule 3022 provides that: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case. Section 350(a) of the Code provides that: "After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

13.  Debtors request that the court enter a final decree closing this chapter 11 case.

WHEREFORE, Franklin and Amy Joe, debtors and debtors in possession herein, prays for an entry of a final decree closing this chapter 11 case and for such other and different relief as this Court deems proper and just.

>                             Respectfully submitted,
>                             FRANKLIN JOE
>                             AMY JOE
>                             By: /s/ Karen J. Porter
>                                 One of its attorneys

Karen J. Porter
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
(312) 372-4400
Fax (312) 372-4160
Atty No 6188626