**FILED**

**APR 29 2015**

JANET S. BAER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )
                                            )
                                            )   Case No. 12 B 42961
FRANKLIN AND AMY JOE,                       )
                                            )
                                            )
                                            )   Chapter 11
         Debtors.                           )
                                            )

# FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF KAREN J. PORTER, ATTORNEY FOR DEBTORS, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $6,438.50 | TOTAL COSTS REQUESTED: | $522.11 |
| TOTAL FEES REDUCED:   | $106.65   | TOTAL COSTS REDUCED:   | $0.00   |
| TOTAL FEES ALLOWED:   | $6,331.85 | TOTAL COSTS ALLOWED:   | $522.11 |

**TOTAL FEES AND COSTS ALLOWED: $6,853.96**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(12)   Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: April 29, 2015

_____
Janet S. Baer
United States Bankruptcy Judge

**Porter Law Network**
230 West Monroe
Suite 240
Chicago, IL 60606

04-09-2015

**Amy and Franklin Joe**
Amy and Franklin Joe
P. O. Box 1142
South Holland, IL 60473

**Bill Number: 366**

RE: **Joe Chapter 11**

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-15-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.900 | 395.00 | 355.50 |
| | | Court appearance on confirmation hearing; hearing continued to 11/5/14 | | | |
| 10-29-2014 | Karen J. Porter | B110 - Case Administration | 0.600 | 395.00 | 237.00 −23.70 |
| (?) | | Draft letter to mr and ms joe regarding continued confirmation hearing; modification of plan; oustanding issues before confirmation | | | |
| 11-03-2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.700 | 395.00 | 276.50 |
| | | Draft modified plan to address revisions to class nine student loans; class two principal residence and to provide for the addition of an article for acceptance or rejection of plan | | | |
| 11-04-2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 1.600 | 395.00 | 632.00 −63.20 |
| (?) | | Draft modified plan; article 17 regarding cram down and auction to satisfy absolute priority rule; notice and procedure for auction and qualification of offers | | | |
| 11-04-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 395.00 | 118.50 |
| | | Prepare for november 5 court appearance | | | |
| 11-05-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.900 | 395.00 | 355.50 |
| | | Court appearance on status hearing on confirmation of the plan; hearing continued to 11/12/14 to review filed modified plan and set further hearing dates | | | |
| 11-07-2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.700 | 395.00 | 276.50 |
| | | Revise article 17 of the modified plan governing cram down and auction for retained property | | | |
| 11-10-2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.800 | 395.00 | 316.00 |
| | | Draft, review, revise and complete revisions to modified plan dated november 3; revise class two, class nine, modification of the plan and acceptance or rejection of the plan | | | |
| 11-19-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.800 | 395.00 | 316.00 |
| | | Court appearance on status hearing on the plan ; confirmation hearing set for 12/23 | | | |
| 11-19-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | | Draft notice of combined hearing | | | |
| 11-20-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 395.00 | 118.50 |
| | | Revise order setting combined hearing on adequacy of the disclosure statement and | | | |

Bill Number: 366         We appreciate your business         Page 1 of 3

**EXHIBIT A**

− 86.90

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | confirmation of the plan | | | |
| 11-20-2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 1.200 | 395.00 | 474.00 |
| | | Draft fourth amended disclosure statement to accompany modified plan dated november 3 | | | |
| 11-20-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 395.00 | 118.50  *-11.85* |
| | | Email communication with ms baucher regarding form of notice for combined hearing; filing of fourth amended disclosure statement and redlned version of disclosure statement | | | |
| 12-15-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00  *-7.90* |
| | | Telephone call with ms dillon re deadline for casting ballots to accept or reject modifed plan; Email communication sending ballot | | | |
| 12-15-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.100 | 395.00 | 39.50 |
| | | Draft certificate of service for service of fourth amended disclosure statement on all creditors | | | |
| 12-22-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.500 | 395.00 | 197.50 |
| | | Review ballots and draft ballot report | | | |
| 12-22-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.400 | 395.00 | 158.00 |
| | | Draft orders for confirmation hearing | | | |
| 12-23-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | | Prepare for combined hearing on adequacy of the disclosure statement and confirmation of the plan | | | |
| 12-23-2014 | Karen J. Porter | B111 - Motions and Hearings | 1.100 | 395.00 | 434.50 |
| | | Court appearance on combined hearing on adequacy of disclosure statement; after offer of proof; order entered finding disclosure statement adequate and confirming plan | | | |
| 12-30-2014 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 395.00 | 118.50 |
| | | Draft revise and complete pleading: notice of order confirming plan and certificate of service | | | |
| 01-05-2015 | Karen J. Porter | B110 - Case Administration | 0.100 | 395.00 | 39.50 |
| | | Email communication to toni dillon regarding status of home mortgage payments; amount of cure default; application of funds | | | |
| 01-06-2015 | Karen J. Porter | B110 - Case Administration | 1.400 | 395.00 | 553.00 |
| | | Draft, revise and complete letter to mr and ms joe regarding confirmation of the plan; update creditor tables; provide information to make disbursements under the plan | | | |
| 04-06-2015 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | | Email communication to ms joe regarding status of plan payments; quarterly reports required | | | |
| 04-06-2015 | Karen J. Porter | B110 - Case Administration | 0.600 | 395.00 | 237.00 |
| | | Draft status report on plan payments | | | |
| 04-06-2015 | Karen J. Porter | B111 - Motions and Hearings | 0.400 | 395.00 | 158.00 |
| | | Draft motion for final decree | | | |
| 04-06-2015 | Karen J. Porter | B110 - Case Administration | 0.400 | 395.00 | 158.00 |
| | | Telephone call with ms joe regarding quarterly reports to be filed; completed report on plan payments; motion for final decree | | | |
| 04-08-2015 | Karen J. Porter | B110 - Case Administration | 0.300 | 395.00 | 118.50 |
| | | Telephone call with ms dillon regarding escrow issues with park avenue | | | |
| | | | | **Total Fees:** | **6,438.50** |

## Task Summary

| Timekeeper | Hours | Amount |
|---|---|---|
| Karen J. Porter | 16.300 | 6,438.50 |
| | **Total Fees:** | **6,438.50** |

*-19.75*