UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 12-42961 |
|---|---|---|
| | ) | |
| Franklin Joe | ) | Chapter: 11 |
| Amy Joe | ) | |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE**

     This cause coming on to be heard on the Debtors motion for final decree; due and proper notice of the Motion has been given to the parties entitled thereto; the estate and the court being duly advised in the premises:

     The estate of the above captioned debtor has been fully administered.

     IT IS THEREFORE ORDERED that the above captioned chapter 11 case is closed.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  June 17, 2015

**Prepared by:**

Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400